**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Florin HORICIANU, Defendant–
Appellant.**

**No. 06–10303.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 18, 2007.

Mark L. Krotoski, USSJ—Office of the U.S. Attorney, San Jose, CA, for Plaintiff–Appellee.

John J. Jordan, Esq., San Francisco, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Florin Horicianu appeals from his guilty-plea conviction and sentence imposed for transmitting interstate threatening communications, in violation of 18 U.S.C. § 875(c).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Horicianu's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Horicianu has filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Horicianu knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

The appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.